FILED
2024 Sep-06 AM 10:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| **TAYLOR WELLS, as administrator of the Estate of A.R.W., a minor, deceased,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| vs. | ) ) | Civil Action No. 3:24-cv-00451-CLS |
| **PAYTON NICOLE GANN, HANNAH GRACE LETSON, and LEACHCO, INC.,** | ) ) ) ) | |
| **Defendants.** | ) | |

## ORDER OF DISMISSAL AND FINAL JUDGMENT

This action is before the court on plaintiff's motion to dismiss all of her claims against each defendant under Federal Rule of Civil Procedure 41(a)(2).  Doc. no. 22.  Upon consideration, the motion is GRANTED.

It is hereby ORDERED, ADJUDGED, and DECREED that all of plaintiff's claims against each defendant be, and they hereby are, DISMISSED with prejudice.

The Clerk is directed to close this file.  Costs are taxed as paid.

**DONE** and **ORDERED** this 6th day of September, 2024.

_____
Senior United States District Judge